IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BLANKS,

    Petitioner,               No. 2:12-cv-2620 AC P

    vs.

T. VIRGA, Warden,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, filed "a request to proceed with over 50 pages" in the Southern District of California on August 20, 2012. The case was dismissed without prejudice in the Southern District of California with leave to amend. See Order, filed on August 30, 2012. Petitioner was granted leave to pay the filing fee or to submit adequate proof that he is unable to do so and to file a first amended petition which challenged the constitutionality of his conviction or sentence. See order, filed on August 30, 2012.

        On October 15, 2012, petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. By order, filed on October 22, 2012, having found that petitioner was challenging a prison disciplinary hearing and that petitioner was currently housed within Sacramento County, the case

1

was transferred to the Eastern District of California.[1]

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In his first amended petition, petitioner, presently housed at California State Prison-Sacramento, challenges a prison disciplinary conviction for participating in a riot on the grounds that his Fourteenth Amendment due process and equal protection rights were violated by the disciplinary conviction. See first amended petition. However, petitioner does not set forth within the petition itself when and where the prison disciplinary hearing took place or whether and how much time good time credit he was assessed for the alleged violation. The first amended petition will be dismissed but petitioner is granted leave to file a second amended petition using the form for a § 2254 habeas petition used in this district and clarifying when and where the hearing took place and whether he lost good time credits and is seeking restoration of same.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted;

2. For the reasons set forth above, the first amended petition is dismissed with leave granted to file a second amended petition within thirty days, as set forth above; and

3. The Clerk of the Court is directed to provide petitioner with the form for prisoners to file a petition pursuant to 28 U.S.C. § 2254 in this district.

DATED: January 8, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009 blan2620.ord

---

[1] By order, filed on November 20, 2012, this case was reassigned from Magistrate Judge Dale A. Drozd to the undersigned.