IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BLANKS,

    Petitioner,        No. 2:12-cv-2620 AC P

    vs.

T. VIRGA, Warden,

    Respondent.        <u>FINDINGS & RECOMMENDATIONS</u>

_____/

    By order filed January 8, 2013 (ECF No. 10), the court dismissed the first amended petition and granted petitioner thirty days to file a second amended petition. In the January 8th order, the court informed petitioner of the deficiencies in his first amended petition. The thirty-day period has now expired, and petitioner has not filed a second amended petition or otherwise responded to the court's order.

    Accordingly, IT IS ORDERED that the Clerk of the Court make a random district judge assignment to this case.

    For the reasons given in the January 8, 2013 order (ECF No. 10), IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: March 25, 2013.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
blan2620.ofr